# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RODNEY JONES

VERSUS

LOUISIANA INSURANCE GUARANTY
ASSOCIATION

NO.   2025 CW 0613

OCTOBER 23, 2025

---

In Re:    Louisiana Insurance Guaranty Association, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 734254.

---

BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.

**WRIT DENIED.**

MRT
KEB

**Penzato, J.**, dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT